Daniel C. Cotman (CSBN 218315)
**COTMAN IP LAW GROUP, PLC**
530 S. Lake Avenue, Suite 422
Pasadena, California 91101-3515
(626) 405-1413/FAX (626) 628-0404

Attorneys for Plaintiff
R. Kenton Nelson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. KENTON NELSON, an Individual, | Case No.: CV11-02466-GAF(MANx) |
| Plaintiffs, | Gary A. Feess, Judge Presiding |
| vs. | [~~PROPOSED~~] CONSENT JUDGMENT PURSUANT TO STIPULATION |
| OCEAN'S BRIDGE GROUP LTD, OCEAN'S BRIDGE USA, MANOR ABBEY LLC, TRIUMPH INDUSTRIAL LTD., and DOES 1 through 10, | Complaint Filed: 03/24/2011<br>Trial Date: Non Set<br>Discovery Cut-Off: None Set |
| Defendants. | |

Based on the Stipulation between Plaintiff R. KENTON NELSON ("NELSON"), on behalf of himself as an individual, and DEFENDANTS OCEAN'S BRIDGE GROUP LTD., OCEAN'S BRIDGE USA, MANOR ABBEY LC, AND TRIUMPH INDUSTRIAL LTD. (collectively "Defendants"), dated 9/8/2011,

---

1

[~~PROPOSED~~] CONSENT JUDGMENT
PURSUANT TO STIPULATION

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff R. KENTON NELSON authored and owns the creative work titled SWIM PARTY 2 (hereinafter "creative work").

2. By reproducing unauthorized copies Defendants have infringed the copyrights in the creative work listed in Paragraph 1 above.

3. Defendants are hereby permanently enjoined from causing any unauthorized reproductions of the creative work or any creative work authored by R. Kenton Nelson.

4. Defendants shall pay Plaintiffs damages in the amount of Two Thousand Two Hundred Sixty ($2,260.00). The precise amount of this Judgment shall be conclusively established by the Declaration of Counsel for NELSON, filed contemporaneously with this Judgment.

5. In the event that Defendants fail to comply with the permanent injunction set forth in paragraph 3, Plaintiff shall pay Plaintiff damages in the amount of Fifty Thousand ($50,000) and reimburse Plaintiff for all attorneys' fees required to enforce this order.

5. The Parties hereby waive the right to trial, statement of decision and appeal.

IT IS SO ORDERED.

DATED: October 14, 2011

UNITED STATES DISTRICT JUDGE

Approved As to Form and Substance:

R. Kenton Nelson
By:

Ocean's Bridge Group Ltd.
By: James Skidmore

2
[PROPOSED] CONSENT JUDGMENT
PURSUANT TO STIPULATION

Title: Owner
Date: 9/25/2011

Title: DIRECTOR
Date: 9/8/2011

Ocean's Bridge USA
By: [signature]
Title: DIRECTOR
Date: 9/8/2011

Manor Abbey LLC
By: Mike Tanner
Title: Director
Date: 9-8-2011

Triumph Industrial Ltd.
By: _____
Title: _____
Date: _____

DATED: 10/12, 2011

COTMAN IP LAW GROUP, PLC

By: [signature]
Daniel C. Cotman,
Attorney for Plaintiff
R. KENTON NELSON

3
[PROPOSED] CONSENT JUDGMENT
PURSUANT TO STIPULATION